**Fill in this information to identify the case:**

Debtor name __Butte Property Investment LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Calif.__ (State)

Case number (If known): __25-26079__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** Creditor's name: __Newport Blue Impact LP__

Creditor's mailing address:
__100 Bayview Circle, Suite 2200__
__Newport Beach, CA 92660__

Creditor's email address, if known: _____

Date debt was incurred: __09/30/2024__
Last 4 digits of account number: __9__ __2__ __6__ __A__

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien:
__1914-1916 Oleander Avenue__
__Chico, CA 95926__

Describe the lien: __Promissory Note + Trust Deed__

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __847,461.28__    $ __800,000.00__

**2.2** Creditor's name: _____

Creditor's mailing address:
_____

Creditor's email address, if known: _____

Date debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
  ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien:
_____

Describe the lien: _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ __847,461.28__

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___