**Fill in this information to identify the case:**

Debtor　　Butte Property Investment, LLC

United States Bankruptcy Court for the: Eastern　　　District of Calif.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number　25-26079
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims　　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:　List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:　$_____　　$_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number　___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:　$_____　　$_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number　___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:　$_____　　$_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number　___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  **Butte Property Investment, LLC**  
_____  
Name

Case number *(if known)*_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address  
None_____  
_____  
_____  

As of the petition filing date, the claim is:  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

Basis for the claim: _____  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
❑ No  
❑ Yes  

$_____

**3.2** Nonpriority creditor's name and mailing address  
_____  
_____  
_____  

As of the petition filing date, the claim is:  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

Basis for the claim: _____  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
❑ No  
❑ Yes  

$_____

**3.3** Nonpriority creditor's name and mailing address  
_____  
_____  
_____  

As of the petition filing date, the claim is:  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

Basis for the claim: _____  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
❑ No  
❑ Yes  

$_____

**3.4** Nonpriority creditor's name and mailing address  
_____  
_____  
_____  

As of the petition filing date, the claim is:  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

Basis for the claim: _____  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
❑ No  
❑ Yes  

$_____

**3.5** Nonpriority creditor's name and mailing address  
_____  
_____  
_____  

As of the petition filing date, the claim is:  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

Basis for the claim: _____  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
❑ No  
❑ Yes  

$_____

**3.6** Nonpriority creditor's name and mailing address  
_____  
_____  
_____  

As of the petition filing date, the claim is:  
*Check all that apply.*  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

Basis for the claim: _____  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
❑ No  
❑ Yes  

$_____

Debtor  Butte Property Investment, LLC    Case number *(if known)*_____
         Name

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $_____0_____ |
| 5b. Total claims from Part 2 | 5b. ➕ | $_____0_____ |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $_____0_____ |