**Fill in this information to identify the case:**

Debtor name: Butte Property Investment LLC

United States Bankruptcy Court for the: Eastern District of Calif.
(State)

Case number (If known): 25-26079

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors     1 /15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | JD Zink | 250 Vallombrosa Avenue (Street)<br>Suite 175<br>Chico, California 95926 (City / State / ZIP Code) | Newport Blue Impact LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br><br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City / State / ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |